AF Approval __NA__                          Chief Approval __CAB__

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                    CASE NO. 6:24-cr-101-JSS-EJK

WILLIAM ALFRED HARRIS

**PLEA AGREEMENT**

Pursuant to Fed. R. Crim. P. 11(c), the United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, and the defendant, WILLIAM ALFRED HARRIS, and the attorney for the defendant, Ernest Chang, Esq., mutually agree as follows:

**A.**    **Particularized Terms**

1.    Count Pleading To

The defendant shall enter a plea of guilty to Count One of the Information. Count One charges the defendant with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

2.    Maximum Penalties

Count One carries a maximum sentence of 20 years' imprisonment, a fine of up to $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100. With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense, and with respect to

Defendant's Initials _____

other offenses, the Court may order the defendant to make restitution to any victim of the offense, or to the community, as set forth below.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

3.    *Apprendi v. New Jersey*

Under *Apprendi v. New Jersey*, 530 U.S. 466 (2000), a maximum sentence of 20 years may be imposed because the following facts have been admitted by the defendant and are established by this plea of guilty: the defendant possessed child pornography that portrayed prepubescent minors or minors who had not attained 12 years of age.

4.    Elements of the Offense

The defendant acknowledges understanding the nature and elements of the offense with which defendant has been charged and to which defendant is pleading guilty. The elements of Count One are:

> First:    The defendant knowingly possessed an item or items of child pornography;

Defendant's Initials _____    2

| Second: | The items of child pornography had been shipped or transported in interstate or foreign commerce, including by computer; |
|---|---|
| Third: | When the defendant possessed the items, the defendant believed the items were or contained child pornography; and |
| Fourth: | The visual depiction involved a prepubescent minor or a minor who had not attained 12 years of age. |

5. Indictment Waiver

Defendant will waive the right to be charged by way of indictment before a federal grand jury.

6. No Further Charges

If the Court accepts this plea agreement, the United States Attorney's Office for the Middle District of Florida agrees not to charge defendant with committing any other federal criminal offenses known to the United States Attorney's Office at the time of the execution of this agreement, related to the conduct giving rise to this plea agreement.

7. Mandatory Restitution to Victim of Offense of Conviction

Pursuant to 18 U.S.C. § 2259, the defendant agrees to make restitution to known victims of the offense for the full amount of the victims' losses as determined by the Court. Further, pursuant to 18 U.S.C. § 3664(d)(5), the defendant agrees not to oppose bifurcation of the sentencing hearing if the victims' losses are not ascertainable prior to sentencing.

Defendant's Initials ⟨signature⟩            3

Under the Amy, Vicky, and Andy Child Pornography Victim Restitution Act of 2018, the Court "shall order" restitution in an amount that reflects the defendant's "relative role in the causal process that underlies the victim's losses," but not less than $3,000 in restitution per victim. The defendant is subject to an additional special assessment (which shall be imposed regardless of whether a victim is participating in the case) of up to $17,000.

8.    Notice of Possibility of Remand Upon Entry of Guilty Plea

The defendant is advised that a finding of guilt will subject the defendant to the mandatory detention provision of 18 U.S.C. § 3143(a)(2) and that the defendant will be remanded to the custody of the U.S. Marshals pending sentencing unless 18 U.S.C. § 3143(a)(2)(A) & (B) or 18 U.S.C. § 3145(c) applies.

9.    Guidelines Sentence

Pursuant to Fed. R. Crim. P. 11(c)(1)(B), the United States will recommend to the Court that the defendant be sentenced within the defendant's applicable guidelines range as determined by the Court pursuant to the United States Sentencing Guidelines, as adjusted by any departure the United States has agreed to recommend in this plea agreement. The parties understand that such a recommendation is not binding on the Court and that, if it is not accepted by this Court, neither the United States nor the defendant will be allowed to withdraw from the plea agreement, and the defendant will not be allowed to withdraw from the plea of guilty.

Defendant's Initials _____    4

40.   Acceptance of Responsibility - Three Levels

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will recommend to the Court that the defendant receive a two-level downward adjustment for acceptance of responsibility, pursuant to USSG § 3E1.1(a).  The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

Further, at the time of sentencing, if the defendant's offense level prior to operation of subsection (a) is level 16 or greater, and if the defendant complies with the provisions of USSG § 3E1.1(b) and all terms of this Plea Agreement, including but not limited to, the timely submission of the financial affidavit referenced in Paragraph B.5., the United States agrees to file a motion pursuant to USSG § 3E1.1(b) for a downward adjustment of one additional level.  The defendant understands that the determination as to whether the defendant has qualified for a downward adjustment of a third level for acceptance of responsibility rests solely with the United States Attorney for the Middle District of Florida, and the defendant agrees that the defendant cannot and will not challenge that determination, whether by appeal, collateral attack, or otherwise.

11.   Forfeiture of Assets

The defendant agrees to forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture,

Defendant's Initials _____        5

pursuant to 18 U.S.C. § 2253, whether in the possession or control of the United States, the defendant or defendant's nominees.

The assets to be forfeited specifically include, but are not limited to, the following: Dell Laptop Inspiron 15, which was seized from the defendant's residence on May 18, 2023, and which contained the child pornography that formed the basis for Count One.

The defendant agrees and consents to the forfeiture of these assets pursuant to any federal criminal, civil judicial or administrative forfeiture action. The defendant also agrees to waive all constitutional, statutory and procedural challenges (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this Plea Agreement on any grounds, including that the forfeiture described herein constitutes an excessive fine, was not properly noticed in the charging instrument, addressed by the Court at the time of the guilty plea, announced at sentencing, or incorporated into the judgment.

The defendant admits and agrees that the conduct described in the Factual Basis below provides a sufficient factual and statutory basis for the forfeiture of the property sought by the government.  Pursuant to Rule 32.2(b)(4), the defendant agrees that the preliminary order of forfeiture will satisfy the notice requirement and will be final as to the defendant at the time it is entered. In the event the forfeiture is omitted from the judgment, the defendant agrees that the forfeiture order may be incorporated into the written judgment at any time pursuant to Rule 36.

Defendant's Initials ⟦initials⟧                6

The defendant agrees to take all steps necessary to identify and locate all property subject to forfeiture and to transfer custody of such property to the United States before the defendant's sentencing. The defendant agrees to be interviewed by the government, prior to and after sentencing, regarding such assets and their connection to criminal conduct. The defendant further agrees to be polygraphed on the issue of assets, if it is deemed necessary by the United States. The defendant agrees that Federal Rule of Criminal Procedure 11 and USSG § 1B1.8 will not protect from forfeiture assets disclosed by the defendant as part of the defendant's cooperation.

The defendant agrees to take all steps necessary to assist the government in obtaining clear title to the forfeitable assets before the defendant's sentencing. In addition to providing full and complete information about forfeitable assets, these steps include, but are not limited to, the surrender of title, the signing of a consent decree of forfeiture, and signing of any other documents necessary to effectuate such transfers. To that end, the defendant agrees to make a full and complete disclosure of all assets over which defendant exercises control directly or indirectly, including all assets held by nominees, to execute any documents requested by the United States to obtain from any other parties by lawful means any records of assets owned by the defendant, and to consent to the release of the defendant's tax returns for the previous five years. The defendant agrees to be interviewed by the government, prior to and after sentencing, regarding such assets and their connection to criminal conduct.

Defendant's Initials _____          7

The defendant agrees that the United States is not limited to forfeiture of the property specifically identified for forfeiture in this Plea Agreement.  If the United States determines that property of the defendant identified for forfeiture cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; then the United States shall, at its option, be entitled to forfeiture of any other property (substitute assets) of the defendant up to the value of any property described above.  The defendant expressly consents to the forfeiture of any substitute assets sought by the Government.  The defendant agrees that forfeiture of substitute assets as authorized herein shall not be deemed an alteration of the defendant's sentence.

Forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon the defendant in addition to forfeiture.

The defendant agrees that, in the event the Court determines that the defendant has breached this section of the Plea Agreement, the defendant may be found ineligible for a reduction in the Guidelines calculation for acceptance of responsibility and substantial assistance, and may be eligible for an obstruction of justice enhancement.

The defendant agrees that the forfeiture provisions of this plea agreement are intended to, and will, survive the defendant, notwithstanding the

Defendant's Initials                 8

abatement of any underlying criminal conviction after the execution of this agreement. The forfeitability of any particular property pursuant to this agreement shall be determined as if the defendant had survived, and that determination shall be binding upon defendant's heirs, successors and assigns until the agreed forfeiture, including satisfaction of any preliminary order of forfeiture for proceeds.

12.   Sex Offender Registration and Notification

The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school. Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student. The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status. The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

Defendant's Initials _____        9

**B.**   **Standard Terms and Conditions**

1.   Restitution, Special Assessment and Fine

The defendant understands and agrees that the Court, in addition to or in lieu of any other penalty, <u>shall</u> order the defendant to make restitution to any victim of the offense, pursuant to 18 U.S.C. § 3663A, for all offenses described in 18 U.S.C. § 3663A(c)(1); and the Court may order the defendant to make restitution to any victim of the offense(s), pursuant to 18 U.S.C. § 3663, including restitution as to all counts charged, whether or not the defendant enters a plea of guilty to such counts, and whether or not such counts are dismissed pursuant to this agreement. The defendant further understands that compliance with any restitution payment plan imposed by the Court in no way precludes the United States from simultaneously pursuing other statutory remedies for collecting restitution (28 U.S.C. § 3003(b)(2)), including, but not limited to, garnishment and execution, pursuant to the Mandatory Victims Restitution Act, in order to ensure that the defendant's restitution obligation is satisfied.

On each count to which a plea of guilty is entered, the Court shall impose a special assessment pursuant to 18 U.S.C. § 3013. To ensure that this obligation is satisfied, the defendant agrees to deliver a cashier's check, certified check, or money order to the Clerk of the Court in the amount of $100.00, payable to "Clerk, U.S. District Court" within ten days of the change of plea hearing. The defendant understands that this agreement imposes no limitation as to fine.

Defendant's Initials _____   10

2.     Supervised Release

The defendant understands that the offense to which the defendant is pleading provides for imposition of a term of supervised release upon release from imprisonment, and that, if the defendant should violate the conditions of release, the defendant would be subject to a further term of imprisonment.

3.     Immigration Consequences of Pleading Guilty

The defendant has been advised and understands that, upon conviction, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

4.     Sentencing Information

The United States reserves its right and obligation to report to the Court and the United States Probation Office all information concerning the background, character, and conduct of the defendant, to provide relevant factual information, including the totality of the defendant's criminal activities, if any, not limited to the count to which defendant pleads, to respond to comments made by the defendant or defendant's counsel, and to correct any misstatements or inaccuracies.  The United States further reserves its right to make any recommendations it deems appropriate regarding the disposition of this case, subject to any limitations set forth herein, if any.

5.     Financial Disclosures

Pursuant to 18 U.S.C. § 3664(d)(3) and Fed. R. Crim. P. 32(d)(2)(A)(ii), the defendant agrees to complete and submit to the United States Attorney's Office

Defendant's Initials _____            11

within 30 days of execution of this agreement an affidavit reflecting the defendant's financial condition. The defendant promises that his financial statement and disclosures will be complete, accurate and truthful and will include all assets in which he has any interest or over which the defendant exercises control, directly or indirectly, including those held by a spouse, dependent, nominee or other third party. The defendant further agrees to execute any documents requested by the United States needed to obtain from any third parties any records of assets owned by the defendant, directly or through a nominee, and, by the execution of this Plea Agreement, consents to the release of the defendant's tax returns for the previous five years. The defendant similarly agrees and authorizes the United States Attorney's Office to provide to, and obtain from, the United States Probation Office, the financial affidavit, any of the defendant's federal, state, and local tax returns, bank records and any other financial information concerning the defendant, for the purpose of making any recommendations to the Court and for collecting any assessments, fines, restitution, or forfeiture ordered by the Court. The defendant expressly authorizes the United States Attorney's Office to obtain current credit reports in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

      6.    <u>Sentencing Recommendations</u>

         It is understood by the parties that the Court is neither a party to nor bound by this agreement. The Court may accept or reject the agreement, or defer a decision until it has had an opportunity to consider the presentence report prepared

Defendant's Initials _____         12

by the United States Probation Office.  The defendant understands and acknowledges that, although the parties are permitted to make recommendations and present arguments to the Court, the sentence will be determined solely by the Court, with the assistance of the United States Probation Office.  The defendant further understands and acknowledges that any discussions between defendant or defendant's attorney and the attorney or other agents for the government regarding any recommendations by the government are not binding on the Court and that, should any recommendations be rejected, the defendant will not be permitted to withdraw defendant's plea pursuant to this plea agreement.  The government expressly reserves the right to support and defend any decision that the Court may make with regard to the defendant's sentence, whether or not such decision is consistent with the government's recommendations contained herein.

      7.     <u>Defendant's Waiver of Right to Appeal the Sentence</u>

      The defendant agrees that this Court has jurisdiction and authority to impose any sentence up to the statutory maximum and expressly waives the right to appeal the defendant's sentence on any ground, including the ground that the Court erred in determining the applicable guidelines range pursuant to the United States Sentencing Guidelines, except (a) the ground that the sentence exceeds the defendant's applicable guidelines range <u>as determined by the Court</u> pursuant to the United States Sentencing Guidelines; (b) the ground that the sentence exceeds the statutory maximum penalty; or (c) the ground that the sentence violates the Eighth Amendment to the Constitution; provided, however, that if the government exercises

Defendant's Initials _____     13

its right to appeal the sentence imposed, as authorized by 18 U.S.C. § 3742(b), then the defendant is released from his waiver and may appeal the sentence as authorized by 18 U.S.C. § 3742(a).

8.    Middle District of Florida Agreement

It is further understood that this agreement is limited to the Office of the United States Attorney for the Middle District of Florida and cannot bind other federal, state, or local prosecuting authorities, although this office will bring the defendant's cooperation, if any, to the attention of other prosecuting officers or others, if requested.

9.    Filing of Agreement

This agreement shall be presented to the Court, in open court or in camera, in whole or in part, upon a showing of good cause, and filed in this cause, at the time of the defendant's entry of a plea of guilty pursuant hereto.

10.    Voluntariness

The defendant acknowledges that defendant is entering into this agreement and is pleading guilty freely and voluntarily without reliance upon any discussions between the attorney for the government and the defendant and defendant's attorney and without promise of benefit of any kind (other than the concessions contained herein), and without threats, force, intimidation, or coercion of any kind. The defendant further acknowledges the defendant's understanding of the nature of the offense or offenses to which defendant is pleading guilty and the elements thereof, including the penalties provided by law, and the defendant's

Defendant's Initials _____    14

complete satisfaction with the representation and advice received from the

defendant's undersigned counsel (if any).  The defendant also understands that

defendant has the right to plead not guilty or to persist in that plea if it has already

been made, and that defendant has the right to be tried by a jury with the assistance

of counsel, the right to confront and cross-examine the witnesses against defendant,

the right against compulsory self-incrimination, and the right to compulsory process

for the attendance of witnesses to testify in defendant's defense; but, by pleading

guilty, defendant waives or gives up those rights and there will be no trial.  The

defendant further understands that if defendant pleads guilty, the Court may ask

defendant questions about the offense or offenses to which defendant pleaded, and if

defendant answers those questions under oath, on the record, and in the presence of

counsel (if any), defendant's answers may later be used against defendant in a

prosecution for perjury or false statement.  The defendant also understands that

defendant will be adjudicated guilty of the offenses to which defendant has pleaded

and, if any of such offenses are felonies, may thereby be deprived of certain rights,

such as the right to vote, to hold public office, to serve on a jury, or to have

possession of firearms.

    11.   <u>Factual Basis</u>

        The defendant is pleading guilty because defendant is in fact guilty.

The defendant certifies that defendant does hereby admit that the facts set forth in the

attached "Factual Basis," which is incorporated herein by reference, are true, and

Defendant's Initials _____        15

were this case to go to trial, the United States would be able to prove those specific

facts and others beyond a reasonable doubt.

12.     Entire Agreement

This plea agreement constitutes the entire agreement between the

government and the defendant with respect to the aforementioned guilty plea and no

other promises, agreements, or representations exist or have been made to the

defendant or defendant's attorney with regard to such guilty plea.

13.     Certification

The defendant and defendant's counsel certify that this plea agreement

has been read in its entirety by (or has been read to) the defendant and that defendant

fully understands its terms.

DATED this ___11th___ day of ___APRIL___, 2024.

ROGER B. HANDBERG
United States Attorney

_____
William Alfred Harris
Defendant

_____
for Sarah Megan Testerman
Assistant United States Attorney

_____
Ernest Chang, Esq.
Attorney for Defendant

_____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

Defendant's Initials ___WAH___                16

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO. 6:24-cr- |O| -JSS-EJL

WILLIAM ALFRED HARRIS

PERSONALIZATION OF ELEMENTS

As to Count One, beginning on an unknown date, but at least by on or about
May 10, 2023, and continuing through on or about May 18, 2023, in the Middle
District of Florida, and elsewhere:

1. Did you knowingly possess an item or items of child pornography?

2. Had the items of child pornography been shipped or transported in interstate
   or foreign commerce, including by computer?

3. When you possessed the items, did you believe the items were or contained
   child pornography?

4. Did the visual depiction involve a prepubescent minor or a minor who had not
   attained 12 years of age?

Defendant's Initials           17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:24-cr-

WILLIAM ALFRED HARRIS

FACTUAL BASIS

Beginning on an unknown date, but at least by on or about May 10, 2023, and

continuing through on or about May 18, 2023, in the Middle District of Florida, and

elsewhere, the defendant, William Alfred HARRIS, did knowingly possess materials

that contained images of child pornography, that is, a visual depiction of a minor

engaging in sexually explicit conduct, that had been shipped or transported using any

means and facility of interstate or foreign commerce or had been shipped and

transported in and affecting interstate or foreign commerce by any means, including

by computer, and the depiction involved a prepubescent minor or a minor who had

not attained 12 years of age.

Specifically, in January of 2023, the Federal Bureau of Investigation (FBI)

identified HARRIS as the target of an investigation based on being a recipient or

downloader of child sexual abuse material (CSAM) on the peer-to-peer (P2P)

platform BitTorrent. On January 20, 2023, the FBI determined IP address

97.101.206.215 (TARGET IP ADDRESS) was sharing a torrent with the info hash:

b8c8075a95b22f800f2db00f501ddd0885a93f06. This torrent file references 93 files, at

least one of which was identified as being a file of investigative interest to child

Defendant's Initials ⎵⎵⎵⎵                18

pornography investigations. An FBI agent completed a single-source download from the TARGET IP ADDRESS and downloaded approximately 5 images and 2 videos, all of which were child pornography. One video file, approximately 8 minutes and 22 seconds in length, depicted two prepubescent male children between 5–7 years of age who were being anally penetrated by an adult male's penis and the adult male performed oral sex on one of the male children. One of the images is a grid image of a prepubescent female child between 3–5 years of age who performs oral sex on an adult male's penis. The images also show the female child laying on her back and being digitally penetrated by an adult male's hand.

That same day, the FBI determined the TARGET IP ADDRESS was sharing a torrent with the info hash: a4eaf73be4b136f172a06b8c3da744af9c51a70e. This torrent file references 14 files, at least one of which was identified as being a file of investigative interest to child pornography investigations. An FBI agent completed a single-source download from the TARGET IP ADDRESS and downloaded approximately 4 videos, all of which were child pornography. One video file that is 4 seconds in length, titled "! Oliver 10yo enjoys cum 2010," depicted a female child between 9–10 years old who was performing oral sex on an adult male's penis and testicles. Another FBI agent reviewed the downloaded files from the undercover sessions on January 20, 2023, and confirmed they contained child pornography.

An FBI administrative subpoena was served on Charter Communications for subscriber information relating to the use of the TARGET IP ADDRESS for the initial download date of January 20, 2023. A review of the subpoena results revealed,

Defendant's Initials _____   19

among other things, the subscriber's name (HARRIS) and the subscriber's address in

Cape Canaveral, Florida (TARGET RESIDNCE). Based on this information, the

FBI obtained a federal search warrant to search the TARGET RESIDENCE.

On May 18, 2023, the FBI executed the search warrant on the TARGET

RESIDENCE, which was HARRIS's address. A search of one of the seized items,

HARRIS's Dell Laptop Inspiron 15, revealed 21 multimedia items containing

CSAM, 12 images of child erotica, three file wipers, and encryption software. At the

time of the forensics conducted on the laptop, the last files deleted by the wiper

McAfee Shred had file names consistent with CSAM. For example,

- "C:\Program Files\McAfee\MQS\ShrCL.exe" /P2 /q"
- "C:\Users\Logmeister\Downloads\lsm\B&D Magazine\Bdcompany Mag Beautiful 13 Yr Old Olya 15.avi"
- "C:\Users\Logmeister\Downloads\lsm\B&D Magazine\bd-magazine-04-Lesya-09.avi"
- "C:\Users\Logmeister\Downloads\lsm\B&D Magazine\photo.zip"
- "C:\Users\Logmeister\Downloads\[JulyJailbait] PTHC pedo young incest HD collection\52 WolfFire studio.mp4"

A review of Windows Timeline activity for the Dell laptop also revealed

computer activity consistent with the running of the qBittorent application, followed

by the download and viewing of CSAM, and then the running of a wiping software.

For example, below is a screenshot showing the Windows Timeline activity for May

6, 2023:

Defendant's Initials _____        20

| | | | | |
|---|---|---|---|---|
| 5/6/23 6:05 | | qBittorent Log | Added new torrent. Torrent: "cpack3_newfag_happiness" | |
| 5/6/23 6:05 | | qBittorent Log | Added new torrent. Torrent: "1[]64[]aln4[]™[]3[]¾[]¾[]¾[]¾[]¾atn¾[]atna" | |
| 5/6/23 6:08 | | qBittorent Log | Removed torrent. Torrent: "part2" | |
| 5/6/23 6:12 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:14 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:14 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:14 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:14 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:14 | | qBittorent Log | Torrent paused. Torrent: "downloads" | |
| 5/6/23 6:15 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:15 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:15 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:15 | | qBittorent Log | Torrent resumed. Torrent: "downloads" | |
| 5/6/23 6:16 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:17 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Explorer |
| 5/6/23 6:17 | | qBittorent Log | Torrent download finished. Torrent: "1[]¾[]¾4[]™[]3[]¾[]¾ L 3[]¾3[]¾3[]¾ ?" | |
| 5/6/23 6:17 | | qBittorent Log | Removed torrent. Torrent: "—¾—¾—Ç—¾—¾ —¾—¾—¾—¾—¾—¾-¾—¾-¾—¾-¾—¾—]—¾—¾-Ó-]—" | |
| 5/6/23 6:17 | | qBittorent Log | Removed torrent. Torrent: "Nice Time" | |
| 5/6/23 6:17 | | qBittorent Log | Removed torrent. Torrent: "cpack3_newfag_happiness" | |
| 5/6/23 6:17 | | qBittorent Log | Removed torrent. Torrent: "1[]64[]aln4[]™[]3[]¾[]¾[]¾[]¾[]¾atn¾[]atna" | |
| 5/6/23 6:18 User event | Operating System | Windows Timeline Activity | | McAfee.McAgent |
| 5/6/23 6:18 User event | Operating System | Windows Timeline Activity | | McAfee.McAgent |
| 5/6/23 6:18 | | qBittorent Log | Torrent paused. Torrent: "1[]¾3[]¾4[]™[]3[]¾ L 3[]¾3[]¾3[]¾ ?" | |
| 5/6/23 6:22 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Photos_8wekyb3d8bbwe\App |
| 5/6/23 6:22 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Photos_8wekyb3d8bbwe\App |
| 5/6/23 6:22 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Photos_8wekyb3d8bbwe\App |
| 5/6/23 6:22 User event | Operating System | Windows Timeline Activity | Gracel_5et32_092.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:22 User event | Operating System | Windows Timeline Activity | Gracel_5et32_092.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:22 User event | Operating System | Windows Timeline Activity | Gracel_5et32_092.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:22 User event | Operating System | Windows Timeline Activity | | Microsoft Windows Photos_8wekyb3d8bbwe\App |
| 5/6/23 6:23 User event | Operating System | Windows Timeline Activity | Gracel_5et32_096.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:23 User event | Operating System | Windows Timeline Activity | Gracel_5et32_096.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:23 User event | Operating System | Windows Timeline Activity | Gracel_5et32_096.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:24 User event | Operating System | Windows Timeline Activity | Gracel_5et33_083.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:24 User event | Operating System | Windows Timeline Activity | Gracel_5et33_083.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:24 User event | Operating System | Windows Timeline Activity | Gracel_5et33_083.jpg [Photos] | Microsoft W C:\Users\Logmeister\Downloads\VÍ—[]—ÉvÍ—[]—Í |
| 5/6/23 6:26 User event | Operating System | Windows Timeline Activity | | %Program Files% {%SystemDrive%\Program Files\qBittorrent\ |
| 5/6/23 6:26 User event | Operating System | Windows Timeline Activity | | %Program Files% {%SystemDrive%\Program Files\qBittorrent\ |
| 5/6/23 6:26 | | qBittorent Log | Removed torrent. Torrent: "1[]¾3[]¾4[]™[]3[]¾ L 3[]¾3[]¾3[]¾ ?" | |
| 5/6/23 6:26 | | qBittorent Log | Removed torrent. Torrent: "01" | |
| 5/6/23 6:26 | | qBittorent Log | Removed torrent. Torrent: "downloads" | |
| 5/6/23 6:26 | | qBittorent Log | Removed torrent. Torrent: "cpack3_little_joys" | |
| 5/6/23 6:27 | | qBittorent Log | qBittorrent termination initiated | |
| 5/6/23 6:27 | | qBittorent Log | qBittorrent is now ready to exit | |
| 5/6/23 6:30 User event | Operating System | Windows Timeline Activity | | McAfee.McAgent |
| 5/6/23 6:30 User event | Operating System | Windows Timeline Activity | | McAfee.McAgent |

And below is a screenshot of some of the Windows Timeline activity for May 8, 2023, which includes the download of Torrent files with names indicative of CSAM:

| | | | |
|---|---|---|---|
| | qBittorent Log | Added new torrent. Torrent: "CP VIDEOS 2020 HD 4K (636Gb)" | |
| | acv Log | INFO ?ffmpeg_transcode@@YAHPAXPAVCCmdIF play@@@Z <> - ""C:\Program Files (x86)\Anvsoft\Any Video Converter\gnu\ffmpeg.exe"" -ss 5 -i | |
| | acv Log | INFO ?ffplay_play@@YAHPAXPAVCCmdIF play@@@Z <> - ""C:\Program Files (x86)\Anvsoft\Any Video Converter\gnu\ffmpeg.exe"" -i ""C:\Users\l | |
| | acv Log | INFO ?ffmpeg_transcode@@YAHPAXPAVCCmdIF play@@@Z <> - ""C:\Program Files (x86)\Anvsoft\Any Video Converter\gnu\ffmpeg.exe"" -ss 5 -i | |
| | acv Log | INFO ?ffplay_play@@YAHPAXPAVCCmdIF play@@@Z <> - ""C:\Program Files (x86)\Anvsoft\Any Video Converter\gnu\ffmpeg.exe"" -i ""C:\Users\l | |
| | qBittorent Log | Torrent download finished. Torrent: "FULL pack 10 Little boy" | |
| | acv Log | INFO ?ffmpeg_transcode@@YAHPAXPAVCCmdIF play@@@Z <> - ""C:\Program Files (x86)\Anvsoft\Any Video Converter\gnu\ffmpeg.exe"" -ss 5 -i | |
| | acv Log | INFO ?ffplay_play@@YAHPAXPAVCCmdIF play@@@Z <> - ""C:\Program Files (x86)\Anvsoft\Any Video Converter\gnu\ffmpeg.exe"" -i ""C:\Users\l | |
| | qBittorent Log | Torrent paused. Torrent: "Children-W" | |
| | qBittorent Log | Torrent paused. Torrent: "FULL pack 10 Little boy" | |
| | qBittorent Log | Removed torrent. Torrent: "Children-W" | |
| | qBittorent Log | Removed torrent. Torrent: "FULL pack 10 Little boy" | |
| ting System | Windows Timeline Activity | | %Program Files% {%SystemDrive%\Pr |
| ting System | Windows Timeline Activity | | %Program Files% {%SystemDrive%\Pr |
| ting System | Windows Timeline Activity | | %Program Files% {%SystemDrive%\Pr |
| ting System | Windows Timeline Activity | | %Program Files% {%SystemDrive%\Pr |
| ting System | Windows Timeline Activity | | Microsoft.Office.WINWORD.EXE.15 |
| | qBittorent Log | Torrent download finished. Torrent: "CP VIDEOS 2020 HD 4K (636Gb)" | |
| | qBittorent Log | Removed torrent. Torrent: "CP VIDEOS 2020 HD 4K (636Gb)" | |
| ting System | Windows Timeline Activity | | Microsoft.Office.EXCEL.EXE.15 |
| nents | Microsoft Excel Documents | 126 DeLeon Renovations Price Estimate R.2 2023.01.28.xlsx | 44234 William Harris |
| nents | Microsoft Excel Documents | 126 DeLeon Renovations Price Estimate R.2 2023.01.28.xlsx | 44234 William Harris |
| ystem | Image | 126 DeLeon Renovations Price Estimate R.2 2023.01.28.xlsx | 44234 |
| ystem | Image | 126 DeLeon Renovations Price Estimate R.2 2023.01.28.xlsx | 44234 |
| ting System | Windows Timeline Activity | | Microsoft.Office.EXCEL.EXE.15 |

Defendant's Initials _WH_     21

After this, the CSAM-named videos were converted and CSAM-named images viewed. After this conduct, wiping software was run.

Based on a forensic review of HARRIS's Dell Laptop Inspiron 15, there were 21 images depicting CSAM and 12 images depicting child erotica located. The images of CSAM and child erotica were found in two locations on the laptop: (1) pagefile.sys; and (2) $Extend\$Deleted\. Some of the CSAM images were associated with a creation date of May 10, 2023, and others were associated with a creation date of May 15, 2023—indicating when the image ended up in the $Extended\$Deleted\ folder, an action which would have required user interaction with the image. A review of the CSAM images revealed that they involved children primarily under the age of 12. Descriptions of three of the CSAM images are below:

- File name: 0000020_Carved.jpg
- Description: the image depicts a female child approximately 8-10 years old performing oral sex on an adult male, while simultaneously the adult male is performing oral sex on the female child.

- File name: 0000024_Carved.jpg
- Description: the image depicts a female child approximately 5-6 years old laying on her back on a bed fully nude. The female child has her legs spread apart and is using both of her hands to spread apart her vagina, exposing it to the camera.

- File name: 0000023_Carved.jpg
- Description: the image depicts a female child approximately 8-10 years old squatting over an adult male that is laying on the floor. The adult male is vaginally penetrating the female child with his penis.

Therefore, HARRIS knowingly possessed the CSAM located on his Dell laptop.

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case. It does not include, nor is it

Defendant's Initials _____     22

intended to include, all the events, persons involved, or other information relating to this case.

Defendant's Initials _____   23